UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEVON JAMELL LOVE,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>          Respondent. | Case No.  2:22-cv-01963-KJM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A TRAVERSE<br><br>ECF No. 16 |

Petitioner has filed a motion for an extension of time to file a traverse.  ECF No. 16. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 16, is granted.

2. Petitioner is granted until December 19, 2023, to file a traverse.

IT IS SO ORDERED.

Dated:   November 27, 2023                                   _____
                                                                                   JEREMY D. PETERSON
                                                                                   UNITED STATES MAGISTRATE JUDGE