UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAEVON JAMELL LOVE, | Case No. 2:22-cv-01963-KJM-JDP (HC) |
|---|---|
| Petitioner, | **ORDER** |
| v. | DIRECTING PETITIONER TO RETURN A COMPLETED SUBPOENA WITHIN TWENTY-ONE DAYS |
| WARDEN, | |
| Respondent. | ECF No. 18 |

On June 5, 2024, I directed the Clerk of Court to send petitioner a blank subpoena form so that he could obtain documents from his former counsel. I ordered petitioner to complete the subpoena and return it to the court for service by the United States Marshal. Petitioner filed a notice which purported to contain his completed subpoena; however, the Clerk's Office has indicated that no subpoena was attached. ECF No. 22. Out of an abundance of caution, I will direct the Clerk of Court to send petitioner another blank subpoena form. Petitioner shall return the completed subpoena within twenty-one days.

Accordingly, it is hereby ORDERED that the Clerk of Court shall send petitioner a blank subpoena form with this order. Petitioner must return the completed subpoena form to the court within twenty-one days.

1

IT IS SO ORDERED.

Dated:   October 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE