UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEVON JAMELL LOVE, | Case No.  2:22-cv-1963-DC-JDP (PC) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner, a state inmate proceeding without counsel, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  The court previously granted petitioner's motion to obtain his case file from his former counsel.  ECF No. 21.  Petitioner was directed to return to the court a completed subpoena.

Petitioner has since returned to the court a completed subpoena, which is directed at the Russell W. Miller.  However, petitioner left blank the place of service and the date of service.  To assist the U.S. Marshal in effecting service of the subpoena, the court will modify the subpoena to include petitioner's institution and a date.

Based on the foregoing, it is hereby ORDERED that:

1. The subpoena duces tecum submitted by petitioner is amended in that it shall require responsive documents be produced at California State Prison, Corcoran, P.O. Box 3461, Corcoran, California 93212-346 on December 13, 2024.

1

2. The Clerk of Court shall serve a copy of this order and petitioner's subpoena on the U.S. Marshal.

3. Within fourteen days from the date of this order, the U.S. Marshal shall personally serve the subpoena duces tecum and a copy of this order upon Russell W. Miller, Jr. 901 H Street, Suite 612, Sacramento, California 95814.

4. Within ten days after personal service of the subpoena duces tecum, the U.S. Marshal shall file the return of service for the nonparties with the court.

IT IS SO ORDERED.

Dated:  November 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE