UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEVON JAMELL LOVE,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 2:22-cv-1963-DC-JDP (P)<br><br>ORDER |

Petitioner has filed a motion for an extension of time to file objections to the court's May 23, 2025 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 32, is granted.

2. Petitioner is granted until July 31, 2025 to file objections to the court's May 23, 2025 findings and recommendations.

IT IS SO ORDERED.

Dated:   June 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE